IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAYNE RICHARD LEIGHT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3997

Opinion filed November 13, 2015.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Angela R. Hensel, Assistant Attorney General,
and Jillian H. Reding, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED. See Speer v. State, 51 So. 3d 602 (Fla. 5th DCA 2011).

SWANSON, OSTERHAUS, and KELSEY, JJ., CONCUR.